**FILED**
ASHEVILLE, N.C.

MAR 1 6 2016

U.S. DISTRICT COURT
W. DIST. OF N.C.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| United States of America | ) | Docket No. 1:16mj37 |
| | ) | |
| v. | ) | |
| | ) | **ORDER TO SEAL** |
| Paul Richard Lucas | ) | |

Upon motion of the United States Attorney, it is hereby ORDERED, ADJUDGED and

DECREED that the Motion to Seal, Arrest Warrant, Complaint and Affidavit (listed as Attachment

A) in the above referenced case be sealed until further order of the Court.

This the 16th day of March, 2016.

DENNIS L. HOWELL
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF NORTH CAROLINA